```
                    FILED
          CLERK, U.S. DISTRICT COURT

               JUL 18 2016

          CENTRAL DISTRICT OF CALIFORNIA
          BY                    DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 16-348-SJO |
| Plaintiff, | ORDER [OF DETENTION] [SETTING CONDITIONS OF RELEASE] AFTER HEARING (18 U.S.C. § 3148(b): (Allegations of Violation of Pretrial Conditions of Release) |
| v. | |
| ELIZABETH CASTANEDA | |
| Defendant. | |

A.

On motion of the Government involving an alleged violation of conditions of pretrial release and warrant for arrest issued by [Judge Otero].

B.

The court finds there is

(1)

    (A) ( ) Probable cause to believe that the defendant has committed a Federal, State, or local crime while on release; or

    (B) (X) Clear and convincing evidence that the defendant has violated any other condition of release; and

1  (2)
2      (A)  ~~☒~~   Based on the factors set forth in 18 U.S.C. § 3142(g),
3                   there is no condition or combination of conditions of
4                   release that will assure that the person will not flee or
5                   pose a danger to the safety or any other person or the
6                   community; or
7      (B)  (☒)     The person is unlikely to abide by any condition or
8                   combination of conditions of release.
9                        and/or, in the event of (1)(A)
10 (3)   ( )   There is probable cause to believe that, while on
11              release, the defendant committed a Federal, State, or
12              local felony, and the presumption that no condition or
13              combination of conditions will assure that the person
14              will not pose a danger to the safety of any other person
15              or the community has not been rebutted.
16                                   or
17 (4)   ( )   The court finds that there are conditions of release that
18              will assure that the defendant will not flee or pose a
19              danger to the safety of any other person or the
20              community, and that the defendant will abide by such
21              conditions. <u>See</u> separate order setting conditions.
22      ( )   It is further ordered that this order is stayed for 72
23              hours in order to allow the Government to seek review
24              from the [assigned district judge] [criminal duty
25              district judge].
26                                   or

C.

☒ IT IS ORDERED defendant be detained prior to trial.

DATED: 7/18/16

_____
U.S. MAGISTRATE/DISTRICT JUDGE
PAUL L. ABRAMS

[11/04]