
# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
    Plaintiff,
v.
ELIZABETH CASTANEDA,
    Defendant.

Case No. CR 16-348-SJO

ORDER OF DETENTION

[Fed. R. Crim. P. 31.1(a)(6); 18 U.S.C. § 3143(a)(1)]

I.

On September 14, 2017, Defendant appeared before the Court for initial appearance on the petition and warrant for revocation of supervised release issued by the United States District Court for the District of Arizona. Deputy Federal Public Defender ("DFPD") Rick Goldman was appointed to represent Defendant and DFPD Pedro Castillo was appointed to represent Defendant for the initial appearance only.

Defendant submitted on the Pretrial Services Officer's recommendation of detention.

II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that :

A. ☒ Defendant has not carried her burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

☒ allegations include failure to report and relocating residence without notifying probation officer,

☒ lack of available viable surety

B. ☒ Defendant has not carried her burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

☒ admitted daily use of methamphetamine

☒ allegations in the violation petition include numerous failures to abide by the conditions of supervised release.

III.

IT IS THEREFORE ORDERED that the defendant be detained pending further proceedings.

Dated: September 14, 2017

/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE

2